DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:07CR404 |
| Plaintiff-Respondent, | ) | 1:08CV930 |
| | ) | |
| v. | ) | M E M O R A N D U M |
| | ) | |
| Anthony Jerdine | ) | O P I N I O N |
| | ) | |
| Defendant-Petitioner. | ) | |
| | ) | |

The defendant petitioner has filed a motion (#62) to vacate his sentence for violation of supervised release pursuant to Title 28 U.S.C. Section 2255 on the 10th of April, 2008.

The Court finds that the defendant has an appeal pending in the United States Court of Appeals for the Sixth Circuit. (See case #08-3526)

As a consequence the petition for habeas relief is dismissed without prejudice to refiling in the event his sentence for a violation of his supervised release is affirmed by the Sixth Circuit.

The Court will not issue a certificate of appealability.

IT IS SO ORDERED.

| | |
|---|---|
| April 17, 2008 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |