DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:07CR404 |
| Plaintiff-Respondent, | ) | 1:08CV930 |
| | ) | |
| v. | ) | <u>J U D G M E N T</u> |
| | ) | |
| Anthony Jerdine | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment, the petition for habeas relief is dismissed without prejudice to refiling. The Court declines to issue a certificate of appealability..

IT IS SO ORDERED.

 April 17, 2008   /s/ David D. Dowd, Jr.
Date David D. Dowd, Jr.
 U.S. District Judge